IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHUKWUDI MICHAEL DIMGBA,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **B2 LOGISTICS, INC,** | : | |
| *Defendant.* | : | NO. 22-cv-05241 |

**O R D E R**

**AND NOW,** this 12th day of September 2023, it having been reported that the issues between the parties in the above action have been settled (counsel email attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A

|  |  |
|---|---|
| **From:** | Charles Scott |
| **To:** | Chambers of Judge Chad F Kenney |
| **Cc:** | Tamara Grimm; Chris Helsel; Uganda Richardson |
| **Subject:** | DIMGBA v. B2 LOGISTICS, INC - 2:22-cv-05241-CFK |
| **Date:** | Tuesday, September 12, 2023 11:06:49 AM |
| **Attachments:** | image001.png<br>image005.png |

**CAUTION - EXTERNAL:**

Dear Judge Kenney,

I am counsel for the Plaintiff in the above captioned action. I am writing to advise the Court that the parties have reached an agreement in principle to resolve the case and are jointly requesting the entry of a Local Rule 41.1(b) Order of Dismissal.

Counsel remains available should the Court have any questions.

Respectfully,
Charles Scott

**Charles M. Scott, Esq. (He/Him/His)**
Attorney
**LICENSED IN PA**
Law Offices of Eric A. Shore
1-800-CANT-WORK | Ext. 586 | Direct: 267-262-8586

charless@ericshore.com    | Fax: 215-944-6124

2 Penn Center, Suite 1240 · 1500 JFK Boulevard · Philadelphia, PA 19102
20 Brace Road, Suite 325 · Cherry Hill, NJ 08034

www.1800cantwork.com 



*This email message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not the intended recipient, any display, distribution or copying is strictly prohibited. If you believe you have received this email message in error, please immediately notify the sender by replying to this email message or by telephone to the above number.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.